**HELTON LAW GROUP, APC**
CARRIE McLAIN (State Bar No. 181674)
cmclain@heltonlawgroup.com
ROXANNE IRANI (State Bar No. 239457)
rirani@heltonlawgroup.com
ATTORNEYS AT LAW
7711 Center Avenue, Suite 350
Huntington Beach, California 92647
TELEPHONE: (562) 901-4499
FACSIMILE: (562) 901-4488

ATTORNEYS FOR PLAINTIFF

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNTAIN VALLEY REGIONAL HOSPITAL & MEDICAL CENTER dba FOUNTAIN VALLEY REGIONAL HOSPITAL, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLETEX TRUCKING, INC. EMPLOYEE BENEFIT PLAN; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No: 8:17-cv-02089-AG-SK<br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT** |

On December 22, 2017, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 8:17-cv-02089-AG(SKx):

    FOUNTAIN VALLEY REGIONAL HOSPITAL vs. CLETEX TRUCKING,

INC. EMPLOYEE BENEFIT PLAN, et al. is hereby remanded to Orange County Superior Court.

IT IS SO ORDERED.

Dated: December 27, 2017

_____

UNITED STATES DISTRICT JUDGE
ANDREW J GUILFORD